UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, aka Kifah Muhammadu Al-Fuduyi,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CITY FACILITY, et al.,<br><br>Defendants. | No. 2:17-cv-2074-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. His complaint alleges violations of his civil rights that arose in Kern County at the California City Correctional Facility, and also names as defendants officials in Sacramento whose duties include the processing of administrative appeals. *See* ECF No. 1. Kern County, where the underlying claims arose, is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: November 1, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE